**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AFTAB A. KHAN | ) | |
| | ) | |
| | ) | |
| vs. | ) | No. 21-cv-4827 |
| | ) | |
| | ) | |
| HCL AMERICA, INC. | ) | |

**MOTION TO REMOVE DOCKET ENTRY**

The plaintiff, by his attorney, Richard J. Gonzalez, requests that the Court remove the docket entry filed on June 13, 2023 titled *Plaintiff's Response to Defendant's Local Rule 56 Facts* due to filing error.

Respectfully submitted,

By: /s/Richard J. Gonzalez

Richard J. Gonzalez
Law Offices of Chicago-Kent College of Law
565 West Adams Street, Suite 600
Chicago, IL 60661
(312) 906-5079
rgonzale@kentlaw.edu