**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| AFTAB A. KHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:21-cv-04827 |
| v. | ) | |
| | ) | Judge John Robert Blakey |
| HCL AMERICA INC., | ) | |
| | ) | |
| Defendant. | ) | |

<u>**MOTION TO WITHDRAW ATTORNEY APPEARANCES**</u>

Defendant HCL AMERICA, INC. ("HCL"), pursuant to LR83.17, respectfully requests that the Court permit the withdrawal of Thomas A. Lidbury, Ebony C. Smith, and Hilarie M. Carhill, formerly of the law firm of OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., and further state as follows:

1. On January 25, 2022, while employed as attorneys by the law firm OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., Thomas A. Lidbury and Ebony C. Smith each filed an Appearance on behalf of HCL.

2. On July 5, 2023, while employed as an attorney by the law firm OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., Hilarie M. Carhill filed an Appearance on behalf of HCL.

3. On July 21, 2025, attorneys Jennifer L. Colvin and Margaret R. Foss of the law firm OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., each filed an Appearance on behalf of HCL.

4. Attorneys Lidbury, Smith and Carhill have left their employment with OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

5. Ms. Colvin and Ms. Foss will continue to represent HCL.

WHEREFORE, HCL AMERICA, INC. respectfully requests that the Court allow the withdrawal of Attorneys Thomas A. Lidbury, Ebony C. Smith and Hilarie M. Carhill.

Dated:    July 21, 2025                                          Respectfully submitted,

                                                                By:  */s/ Jennifer L. Colvin*
                                                                     One of the Attorneys for Defendant

Jennifer L. Colvin (ARDC No. 6274731)
Margaret R. Foss (ARDC No. 6345788)
**OGLETREE, DEAKINS, NASH,**
  **SMOAK & STEWART, P.C.**
155 N. Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone:  312.558.1220
Facsimile:  312.807.3619
*jennifer.colvin@ogletree.com*
*margaret.foss@ogletree.com*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that on the 21st day of July, 2025, she electronically filed the foregoing **MOTION TO WITHDRAW ATTORNEY APPEARANCES** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

>    Richard J. Gonzalez
>    Law Offices of Chicago-Kent
>    College of Law
>    565 West Adams Street, Suite 600
>    Chicago, IL 60661
>    *rgonzale@kentlaw.iit.edu*
>
>    ***Attorney for Plaintiff***

/s/ Jennifer L. Colvin